■ IRVING STERNBERG et al., Respondents, v WYOMING REALTY CORPORATION, Also Known as WYOMING HOLDING CORPORATION, Appellant. — Appeals

from order and judgment, Supreme Court, Bronx County (Chananau, J.), entered on April 1, 1980 and August 22, 1979, and from order of said court (Mercorella, J.), entered on May 16, 1980, unanimously withdrawn, without costs and without disbursements to any party. No opinion. Concur — Sandler, J. P., Carro, Silverman and Bloom, JJ.